**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph V. Carey             CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 26-10293 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
29 Jan 2026, 13:07:47, EST

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322