**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph V. Carey                  CHAPTER 13

Debtor(s)

BKY. NO. 26-10293 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                           Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
29 Jan 2026, 13:07:47, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 37707fb76de88a81a16c428d0a72d79100d710aabeba2bbce45aebfd458aa6a4