***Form 237*** (3/23)−doc 22

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Joseph V. Carey | ) | Case No. 26−10293−amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>NOTICE</u>

To Capital One, NA;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #14 in the amount of $14,941.19 has been filed in your name by the Debtor on 7/8/26.

Date: September 30, 2026

For The Court

Mohung Wong
Clerk of Court