***Form 237*** (3/23)−doc 23

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Joseph V. Carey<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26−10293−amc<br><br>Chapter: 13 |

## NOTICE

To Velocity Investments, LLC;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #15 in the amount of $22,227.86 has been filed in your name by the Debtor on 7/8/26.

Date: September 30, 2026

For The Court

Mohung Wong
Clerk of Court